164 So. 908

**AMERICAN NATIONAL BANK & TRUST CO. OF MOBILE v. R. L. LYNN.**

4 Div. 851.

Supreme Court of Alabama.

Dec. 5, 1935.

PER CURIAM.

Appeal dismissed by agreement.

165 So. 911

**BANKERS MORTGAGE BUILDING & LOAN ASSOCIATION v. STATE.**

3 Div. 158.

Supreme Court of Alabama.

Jan. 16, 1936.

Borden Burr, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for the State.

PER CURIAM.

Corrected and affirmed by agreement.

164 So. 908

**Conrad F. BAUM v. Elizabeth BAUM.**

6 Div. 692.

Supreme Court of Alabama.

Nov. 26, 1935.

PER CURIAM.

Appeal dismissed by appellant.

164 So. 908

**Conrad F. BAUM v. Elizabeth BAUM.**

6 Div. 875.

Supreme Court of Alabama.

Nov. 26, 1935.

PER CURIAM.

Appeal dismissed by appellant.

164 So. 908

**BIRMINGHAM ELECTRIC CO. v. Willie MARTIN, Adm'x, etc.**

6 Div. 725.

Supreme Court of Alabama.

Nov. 26, 1935.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Altman, Busby & Proctor and Francis H. Hare, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.